NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SANDRA K. EDWARDS,                          )
                                            )
          Appellant,                        )
                                            )
v.                                          )          Case No. 2D17-3740
                                            )
STATE OF FLORIDA,                           )
                                            )
          Appellee.                         )
                                            )
_____ )

Opinion filed May 11, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Sandra K. Edwards, pro se.


PER CURIAM.


          Affirmed.


VILLANTI, CRENSHAW, and MORRIS, JJ., Concur.